**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| DANNY W. NELLEMS | ) | BANKRUPTCY CASE NUMBER 09-11301 |
| PAULETTE NELLEMS | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 10 | Verizon<br>404 Brock Drive<br>Bloomington, Illinois   61701 | $ 1.41 |
| CLAIM # 11 | Verizon Wireless<br>Post Office Box 3397<br>Bloomington, Illinois   61702 | $ 1.67 |
| CLAIM # 12 | FW Medical Oncology &<br>   Hematology, Inc.<br>11143 Parkview Plaza Dr., #100<br>Fort Wayne, Indiana   46845 | $ 2.44 |
| CLAIM # 13 | Sage Telecom<br>805 Central Expressway S<br>Allen, Texas   75013-2789 | $ 0.98 |
| | **TOTAL:** | **$ 6.50** |

Respectfully submitted,

     /s/ Yvette Gaff Kleven
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of July, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

    /s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven